USDC SCAN INDEX SHEET










JOEH 4/21/04 11:13
3:03-CV-02479 ABDULLAH V. ASHCROFT
*11*
*O.*

```
 1 │ CAROL C. LAM
   │ United States Attorney
 2 │ ROBERT H. PLAXICO
   │ Assistant U. S. Attorney
 3 │ California State Bar No. 054953
   │ Office of U.S. Attorney
 4 │ Federal Office Building
   │ 880 Front Street, Room 6293
 5 │ San Diego, California 92101-8893
   │ Telephone: (619) 557-7157
 6 │
   │ Attorneys for Respondents
 7 │
 8 │            UNITED STATES DISTRICT COURT
 9 │            SOUTHERN DISTRICT OF CALIFORNIA
10 │
11 │ MOHDAR ABDULLAH,              )  Case No. 03cv2479 WQH (AJB)
   │ [A75-628-802]                 )
12 │                               )
   │           Petitioner,         )
13 │                               )
   │      v.                       )  EX PARTE APPLICATION TO EXEMPT
14 │                               )  PLEADINGS FROM ELECTRONIC
   │ JOHN ASHCROFT, Attorney       )  PUBLIC ACCESS AND ORDER THEREON
15 │ General, et al.,              )  AND ORDER THEREON
   │                               )
16 │           Respondents.        )
   │ _____)
17 │
18 │      Pursuant to General Order No. 514-(C)(2)(/), Respondents request
19 │ the Court to order that their Return and accompanying thirty-three
20 │ exhibits filed in this action be exempt from electronic public access
21 │ such that redaction of personal identifiers not be necessary.
22 │      General Order 512-C requires generally that certain personal
23 │ identifiers be redacted in pleadings filed with the Court, so that
24 │ these identifiers not be available to electronic public access when
25 │ the pleadings are electronically scanned by the Clerk's office.
26 │      Under Section 514-C(2)(/), the Court can exempt a pleading from
27 │ electronic access and the redaction requirement for "good cause."
28 │ //
```

FILED APR 14 2004 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY DEPUTY

ORIGINAL

In this case, involving a very complicated fact pattern including a factual chronology stretching back many years, Respondents have had to tender some thirty-three exhibits relating to Petitioner's immigration history and prosecution. These exhibits contain many personal identifiers and therefore, to avoid any error in trying to redact these many documents, it is requested that the Court exempt Respondent's Return and accompanying exhibits from electronic public access.

DATED: April 19, 2004

CAROL C. LAM
United States Attorney

ROBERT H. PLAXICO
Assistant U.S. Attorney

### ORDER

For good cause shown, IT IS ORDERED that Respondent's Return and accompanying exhibits filed in support thereof shall be exempted from electronic public access pursuant to General Order No. 514-C(2)(/).

DATED: 4/30/04

UNITED STATES DISTRICT COURT JUDGE

```
                    UNITED STATES DISTRICT COURT

                   SOUTHERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| MOHDAR ABDULLAH,<br>[A75-628-802] | Case No. 03cv2479 WQH(AJB) |
| Petitioner,<br>v. | CERTIFICATE OF SERVICE |
| JOHN ASHCROFT, Attorney<br>General, et al.,<br><br>Respondents. | |

```
STATE OF CALIFORNIA   )
                      ) ss.
COUNTY OF SAN DIEGO   )
```

IT IS HEREBY CERTIFIED THAT:

I, Patricia C. Terrado, am a citizen of the United States over the age of eighteen years and a resident of San Diego County, California; my business address is 880 Front Street, Room 6293, San Diego, California 92101-8893; I am not a party to the above-entitled action; and

On April 19, 2004, I deposited in the United States mail at San Diego, California, in the above-entitled action, in an envelope bearing the requisite postage, a copy of **EX PARTE APPLICATION TO EXEMPT PLEADINGS FROM ELECTRONIC PUBLIC ACCESS AND ORDER THEREON** addressed to **Jason I. Ser, Esq., 225 Broadway, Suite 900, San Diego, CA 92101**, the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 19, 2004.

*/s/ Patricia C. Terrado*
Patricia C. Terrado