USDC SCAN INDEX SHEET










JOEH     5/20/04     10:59

3:03-CV-02479     ABDULLAH V. ASHCROFT

*13*

*STIPO.*

ORIGINAL

| | |
|---|---|
| 1 | JASON I. SER |
| | California State Bar Number 201816 |
| 2 | FEDERAL DEFENDERS OF SAN DIEGO, INC. |
| | 225 Broadway, Suite 900 |
| 3 | San Diego, California 92101-5008 |
| | Telephone: (619) 234-8467 |
| 4 | |
| | Attorneys for Mr. Abdullah |
| 5 | |

FILED

04 MAY 19 PM 4:13

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. WILLIAM Q. HAYES)

| | | | |
|---|---|---|---|
| 11 | MOHDAR ABDULLAH, | ) | Case No. 03cv2479-WQH |
| 12 | Petitioner, | ) | |
| 13 | v. | ) | STIPULATION TO EXTEND TIME |
| | | ) | FOR PETITIONER TO FILE A |
| 14 | ASHCROFT, et. al., | ) | TRAVERSE TO THE GOVERNMENT'S |
| | | ) | RETURN AND ORDER THEREON |
| 15 | Respondents. | ) | |

**IT IS HEREBY STIPULATED** by and between the parties that, in view of the complexity of this case, the time for Petitioner to file a Traverse to the government's Return, currently due May 17, 2004, be extended to June 7, 2004. In addition to the petition's complex issues of fact and law, counsel for Mr. Abdullah is awaiting receipt of documents relevant to issues raised in the Return. These documents bear upon Petitioner's citizenship and nationality and the issue of whether a travel document may be forthcoming.

IT IS SO STIPULATED.

Dated: May 17, 2004

JASON I. SER
Attorney for Defendant

Dated: 5-17-2004

ROBERT H. PLAXICO
Assistant United States Attorney

IT IS SO ORDERED.

Dated: 5/19/04

HONORABLE WILLIAM Q. HAYES
UNITED STATES DISTRICT JUDGE