USDC SCAN INDEX SHEET










BAR    6/28/04    11:39
3:03-CV-02479    ABDULLAH V. ASHCROFT
*15*
*O.*



# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHDAR ABDULLAH,<br><br>       Petitioner,<br>v.<br><br>JOHN ASHCROFT, Attorney General, TOM RIDGE, Secretary of the Department of Homeland Security, Bureau of Immigration and Customs Enforcement, RON SMITH, Director of San Diego Field Office, HECTOR NAJERA, Officer-In-Charge,<br><br>       Respondents. | Civil No.03-CV-2479-WQH (AJB)<br><br>**ORDER SCHEDULING STATUS CONFERENCE** |

On it's own motion, the Court hereby **SCHEDULES** a status conference in the above entitled matter for *July 2, 2004 at 11:00 a.m.*

**IT IS SO ORDERED.**

Dated: 6/28/04

HON. WILLIAM Q. HAYES
UNITED STATES DISTRICT JUDGE

cc: THE HONORABLE ANTHONY J. BATTAGLIA, MAGISTRATE JUDGE
    All Counsel of Record