USDC SCAN INDEX SHEET










JOEH    7/6/04    15:35
3:03-CV-02479    ABDULLAH V. ASHCROFT
*16*
*STIPO.*

```
 1  CAROL C. LAM                                FILED
    United States Attorney
 2  ROBERT H. PLAXICO                       04 JUL -1 AM 11:07
    Assistant U. S. Attorney
 3  California State Bar No. 054953         CLERK, U.S. DISTRICT COURT
    Office of U.S. Attorney                 SOUTHERN DISTRICT OF CALIFORNIA
 4  Federal Office Building
    880 Front Street, Room 6293                    BY        DEPUTY
 5  San Diego, California 92101-8893
    Telephone:  (619) 557-7157
 6
 7  Attorneys for Respondents

 8                    UNITED STATES DISTRICT COURT

 9                   SOUTHERN DISTRICT OF CALIFORNIA

10

11  MOHDAR ABDULLAH,                ) Case No. 03cv2479-WQH(AJB)
    [A75-628-802],                  )
12                                  )
                  Petitioner,       )
13                                  )
         v.                         )
14                                  ) STIPULATION DISMISSING
    JOHN ASHCROFT, Attorney General,) CASE AND ORDER THEREON
15  TOM RIDGE, Secretary of the     )
    Department of Homeland Security,)
16  et al.,                         )
                                    )
17                Respondents.      )
                                    )
18  _____

19       The parties to the above-captioned action, by their respective

20  counsel, hereby stipulate that the Petition shall be dismissed as moot

21  because Petitioner has been removed to Yemen.  Further, the Court's

22  //

23  //

24  //

25

26

27

28
                                          ENTERED ON JUL 6 2004
```

scheduling conference, currently set for July 2, 2004, at 11:00 a.m., may be taken off calendar.

DATED: June 29, 2004

_____
JASON I. SER
Attorney for Petitioner

DATED: June 30, 2004

CAROL C. LAM
United States Attorney

_____
ROBERT H. PLAXICO
Assistant U.S. Attorney

Attorneys for Respondents

ORDER

IT IS SO ORDERED.

DATED: 7/1/04

_____
JUDGE OF THE DISTRICT COURT

1

03cv2479