Case 3:03-cv-02479-WQH-AJB   Document 17   Filed 07/02/04   PageID.336   Page 1 of 2

USDC SCAN INDEX SHEET










JOEH    7/6/04    16:16

3:03-CV-02479    ABDULLAH V. ASHCROFT

*17*

*NTCHRG.*



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDULLAH,<br><br>                Plaintiff,<br>vs.<br><br>ASHCROFT,<br><br>                Defendant. | CASE NO. 03CV2479-WQH<br><br>NOTICE OF HEARING:<br>VACATING CALENDARED MATTER |

On Court's own motion, the hearing set for 07/02/04 at 11:00AM, for STATUS CONFERENCE is vacated.

                                      WILLIAM Q. HAYES
                                      United States District Judge

                                      By: LILLIAN HINES
                                          Courtroom Deputy
                                          619-557-7360