USDC SCAN INDEX SHEET










JOEH    7/21/04    9:29
3:03-CV-02479    ABDULLAH V. ASHCROFT
*20*
*MLRETU.*

# You Could Have Received This Notice Yesterday By Fax
## Just complete and return the authorization below. It's FREE and it's FAST!

CASE: 032479-CV-STIPO   Doc #: 00016   Name Id: 301171   Imported: 07/07/2004 07:20   JOEH

Returned Mail
No forwarding address
Excess pages discarded

MOHDAR ABDULLAH A75628802
SDDC
PO BOX 439049
SAN YSIDRO CA 92143



FILED

JUL 21 2004

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

---

### Authorization to Send Orders and Judgments by Facsimile Transmission

The Clerk of Court for the Southern District of California is authorized to transmit notice of entry of judgment or orders under Fed.R.Civ.P. 77 and Fed.R.Crim.P. 49 by facsimile transmission of judgments, orders or notices in any case in which this capability exists and the undersigned is designated for service according to Civ LR 83.3(f). I understand that this electronic notice will be in lieu of notice by mail. The following telephone number is dedicated for facsimile transmission:

Fax Phone # _____   Firm Name _____

Phone # _____   Attorney Name _____

State Bar # _____   Street Address _____

Signature _____   City, State, Zip _____

**Notice:** Attorneys must comply with Civ LR 83.3(e) regarding change of address or fax number to ensure proper service.

---

## Mail or Fax to:

United States District Court
W. Samuel Hamrick, Jr., Clerk of Court
880 Front Street, #4290
San Diego, CA 92101-8900

Fax: (619) 557-5175

## VISIT US ON-LINE AT www.casd.uscourts.gov
You'll find Local Rules, district and magistrate judge calendars, frequently requested General Orders, vacancy announcements, answers to frequently asked questions, as well as general court information.

```
 1  CAROL C. LAM
    United States Attorney
 2  ROBERT H. PLAXICO
    Assistant U. S. Attorney
 3  California State Bar No. 054953
    Office of U.S. Attorney
 4  Federal Office Building
    880 Front Street, Room 6293
 5  San Diego, California 92101-8893
    Telephone: (619) 557-7157
 6
    Attorneys for Respondents
 7
 8              UNITED STATES DISTRICT COURT
 9              SOUTHERN DISTRICT OF CALIFORNIA
10
11  MOHDAR ABDULLAH,          )   Case No. 03cv2479-WQH(AJB)
    [A75-628-802],            )
12                            )
              Petitioner,     )
13                            )
         v.                   )   STIPULATION DISMISSING
14                            )   CASE AND ORDER THEREON
    JOHN ASHCROFT, Attorney General, )
15  TOM RIDGE, Secretary of the      )
    Department of Homeland Security, )
16  et al.,                   )
                              )
17            Respondents.    )
                              )
18  _____)
```

FILED
04 JUL -1 AM 11:07
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

The parties to the above-captioned action, by their respective counsel, hereby stipulate that the Petition shall be dismissed as moot because Petitioner has been removed to Yemen. Further, the Court's

//
//
//

ENTERED ON JUL 6 2004

1 | scheduling conference, currently set for July 2, 2004, at 11:00 a.m.,
2 | may be taken off calendar.

4 | DATED: June 29, 2004

JASON I. SER
Attorney for Petitioner

7 | DATED: June 30, 2004

CAROL C. LAM
United States Attorney

ROBERT H. PLAXICO
Assistant U.S. Attorney

Attorneys for Respondents

ORDER

IT IS SO ORDERED.
DATED: 7/1/04

JUDGE OF THE DISTRICT COURT



**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
880 FRONT STREET, SUITE 4290
SAN DIEGO, CALIFORNIA 92101-8900

OFFICIAL BUSINESS

RETURN TO SENDER
NO LONGER IN CUSTODY
NOT AUTHORIZED
NEED CORRECT DETAINEE NAME, REG. NO., ETC

RETURN SERVICE REQUESTED

PRESORT
FIRST CLASS

JUL 07 04
SAN DIEGO CA

NUC
SP21104

$0.292
U.S. POSTAGE